No. 731. HEALY v. RATTA. May 7, 1934. Ordered that the words "hawkers or peddlers" be substituted for the words "itinerant vendors of merchandise" in the sixth line from the bottom of the first page of the opinion as delivered.

No. 505. MANHATTAN PROPERTIES, INC. v. IRVING TRUST Co., TRUSTEE; and
No. 506. BROWN ET AL. v. SAME. May 7, 1934. Petition for rehearing denied. See 291 U.S. 320.

No. 635. MCGARRITY, ADMINISTRATOR, v. DELAWARE RIVER BRIDGE COMM'N ET AL. May 7, 1934. Petition for rehearing denied. See *ante,* p. 19.

No. 650. HARTFORD ACCIDENT & INDEMNITY CO. ET AL. v. DELTA & PINE LAND Co. May 7, 1934. Petition for rehearing denied. See *ante,* p. 143.